IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rodney Allen Kelley, | No. CV 04-0103-PHX-SRB (ECV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Glenn F. Kelley, et al., | |
| Defendants. | |

Pending before the court are Plaintiff's Motion for Continuance and Appointment of Counsel (Doc. #53) and Motion for Continuance (Doc. #54). On July 24, 2006, the court issued an order (Doc. #52) denying a previous motion to continue and motion to appoint counsel (Doc. #51). Plaintiff has provided no basis for the court to change its ruling. The motions will therefore be denied.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion for Continuance Appointment of Counsel (Doc. #53) and Motion for Continuance (Doc. #54) are **DENIED**.

DATED this 14th day of August, 2006.

Edward C. Voss
United States Magistrate Judge